IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS KELLY, JR., *et al.*,<br>Plaintiffs,<br><br>v.<br><br>CITY OF PHILADELPHIA,<br>Defendant. | :<br>:<br>:<br>:  CIVIL ACTION NO. 16-2963<br>:<br>:<br>:<br>: |

### ORDER

**AND NOW**, this 10th day of January 2017, upon consideration of Defendant's Motion to Dismiss for Failure to State a Claim (Doc. No. 6), to which Plaintiffs have not responded, the Court hereby **ORDERS** that Defendant's Motion is **GRANTED** and Plaintiffs' Complaint is **DISMISSED WITH PREJUDICE** for the reasons set forth in the accompanying memorandum opinion.  The Clerk is **DIRECTED** to **CLOSE** this case.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**